

FILED
7/16/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Judge Rebecca R. Pallmeyer
Magistrate Judge Laura K. McNally
Cat 4 Random assignment

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MELVIN DOYLE | Case No. 25 CR 367<br><br>Violations: Title 18, United States Code, Sections 922(a)(1)(A) and 922(g)(1) |

## COUNT ONE

The SPECIAL APRIL 2024 GRAND JURY charges:

From on or about May 18, 2025, and continuing until on or about July 7, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MELVIN DOYLE,

defendant herein, not being a licensed dealer within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT TWO

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about May 20, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

MELVIN DOYLE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Glock Model 23 Gen 5, 0.40 caliber semiautomatic pistol bearing serial number BVLE670, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **COUNT THREE**

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about May 29, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

MELVIN DOYLE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Glock Model 17, 9mm semiautomatic pistol bearing serial number CDGH875, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

3

## COUNT FOUR

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about June 24, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

MELVIN DOYLE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, (1) a Palmetto State Armory, model KAG-15, multi caliber rifle, bearing serial number VOTE0003011; (2) a Palmetto State Armory, model DAGGER COMPACT, 9mm semiautomatic pistol, bearing serial number JJE98733, and (3) a Ruger, Model SR40, .40 caliber semiautomatic pistol, bearing serial number 342-14791, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

4